UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/7/2022
```

IN RE ADELE ZARZUR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

22 Misc. 348 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 6, 2022, Petitioner filed a motion for discovery. ECF No. 1. Accordingly:

1. By **December 16, 2022**, Petitioner shall serve Respondents.
2. By **December 23, 2022**, Petitioner shall file proof of service on the docket.
3. By **January 20, 2023**, Respondents shall file their oppositions to Petitioner's motion.
4. By **February 3, 2023**, Petitioner shall file her reply, if any.

SO ORDERED.

Dated: December 7, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge