**quinn emanuel** trial lawyers | New York, NY

51 Madison Ave 22nd floor, New York, New York 10010| TEL (212) 849-7000| FAX (212) 849 7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7552**
WRITER'S EMAIL ADDRESSES
**lucasbento@quinnemanuel.com**

December 9, 2022

VIA ECF

Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007

Re:     *In re Ex Parte Application of Adele Zarzur*, 1:22-mc-00348

Dear Judge Torres:

Pursuant to this Court's December 7, 2022 Order (Dkt. 6), Petitioner is required to serve the Respondents by December 16, 2022, and file proof of service by December 23, 2022.  On December 8, 2022, Petitioner effected service on the Respondents.  *See* Exhibit 1 (affidavits of service on Respondents JPMorgan Chase & Co., the Clearing House Payments Company L.L.C., and the Federal Reserve Bank of New York).

Respectfully submitted,

*/s/ Lucas V.M. Bento*
Lucas V.M. Bento

*Counsel for Petitioner*

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH