# EXHIBIT 1

**UNITED STATES DISTRICT COURT**     Job #: 1467022
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 51 Madison Ave., 22nd Floor New York, NY 10010

IN RE ADELE ZARZUR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

Case Number: 1:22-mc-00348-AT

Date Filed: 12/06/2022

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **12/8/2022**, at **1:37 PM** at **28 LIBERTY STREET, 42ND FLOOR, NEW YORK, NY 10005** Deponent served the within Order signed by Analisa Torres, U.S.D.J. dated December 7, 2022, Ex Parte Application and Petition for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782, Memorandum of Law in Support, Declaration of Rudi Alberto Lehmann Jr. with Exhibits, Declaration of Lucas Bento with Exhibits, Individual Practices in Civil Case for Hon. Analisa Torres U.S.D.J., Electronic Case Filing Rules & Instructions for the Southern District of New York, Local Rules for the United States District Courts for the Southern and Eastern Districts of New York and Civil Cover Sheet.

On: **JPMORGAN CHASE & CO. C/O CT CORPORATION SYSTEM**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Kartik Pandya personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Intake Specialist thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Male    Color of skin: Indian    Color of hair: Black    Glasses: Yes
Age: 36-50    Height: 5ft 4inch - 5ft 8inch    Weight: 131-160 Lbs

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#4 OTHER**
Served Via Hand Delivery. Job # #224100

Sworn to before me on 12/08/2022

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023

Baldeo C. Drepaul
DCA License# 2093579

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 51 Madison Ave., 22nd Floor New York, NY 10010

Job #: 1467027

IN RE ADELE ZARZUR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

Case Number: 1:22-mc-00348-AT

Date Filed: 12/06/2022

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **12/8/2022**, at **1:37 PM** at **28 LIBERTY STREET, 42ND FLOOR, NEW YORK, NY 10005** Deponent served the within Order signed by Analisa Torres, U.S.D.J. dated December 7, 2022, Ex Parte Application and Petition for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782, Memorandum of Law in Support, Declaration of Rudi Alberto Lehmann Jr. with Exhibits, Declaration of Lucas Bento with Exhibits, Individual Practices in Civil Case for Hon. Analisa Torres U.S.D.J., Electronic Case Filing Rules & Instructions for the Southern District of New York, Local Rules for the United States District Courts for the Southern and Eastern Districts of New York and Civil Cover Sheet.

On: THE CLEARING HOUSE PAYMENTS COMPANY L.L.C. C/O CT CORPORATION SYSTEM, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Kartik Pandya personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Intake Specialist thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Male      Color of skin: Indian       Color of hair: Black    Glasses: Yes
Age: 36-50    Height: 5ft 4inch - 5ft 8inch                       Weight: 131-160 Lbs

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#4 OTHER**
Served Via Hand Delivery. Job # #224100

Sworn to before me on 12/08/2022

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023

Baldeo C. Drepaul
DCA License# 2093579

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTORNEY: QUINN EMANUEL URQUHART & SULLIVAN, LLP
ADDRESS: 51 MADISON AVE., 22ND FLOOR NEW YORK, NY 10010

CASE NUMBER: 1:22-MC-00348-AT

IN RE ADELE ZARZUR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

Date Filed: 12/06/2022
Job #: 1467028

**AFFIDAVIT OF NON SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS :

Baldeo C. Drepaul, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **12/08/2022** at **1:48 PM**., at 33 LIBERTY STREET, NEW YORK, NY 10045
Deponent attempted to serve the within  Order signed by Analisa Torres, U.S.D.J. dated December 7, 2022, Ex Parte Application and Petition for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782, Memorandum of Law in Support, Declaration of Rudi Alberto Lehmann Jr. with Exhibits, Declaration of Lucas Bento with Exhibits, Individual Practices in Civil Case for Hon. Analisa Torres U.S.D.J., Electronic Case Filing Rules & Instructions for the Southern District of New York, Local Rules for the United States District Courts for the Southern and Eastern Districts of New York and Civil Cover Sheet.
On **FEDERAL RESERVE BANK OF NEW YORK**

That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

I attempted service on 12/08/22 @ 1:48 p.m. As per Officer Gillmore at the building entrance, I was advised to proceed to 44 Maiden Lane, New York, NY

Sworn to before me on 12/08/2022

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023

Baldeo C. Drepaul
DCA License# 2093579

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 51 Madison Ave., 22nd Floor New York, NY 10010

Job #: 1467039

IN RE ADELE ZARZUR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

Case Number: 1:22-mc-00348-AT

Date Filed: 12/06/2022

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 12/8/2022, at 1:57 PM at: **44 MAIDEN LANE, NEW YORK, NY 10038** Deponent served the within Order signed by Analisa Torres, U.S.D.J. dated December 7, 2022, Ex Parte Application and Petition for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782, Memorandum of Law in Support, Declaration of Rudi Alberto Lehmann Jr. with Exhibits, Declaration of Lucas Bento with Exhibits, Individual Practices in Civil Case for Hon. Analisa Torres U.S.D.J., Electronic Case Filing Rules & Instructions for the Southern District of New York, Local Rules for the United States District Courts for the Southern and Eastern Districts of New York and Civil Cover Sheet.

On: **FEDERAL RESERVE BANK OF NEW YORK**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to David Gross personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Senior Vice President thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Male    Color of skin: White    Color of hair: Black/Gray    Glasses: No
Age: 51-65   Height: 5ft 9inch - 6ft 0inch    Weight: 161-200 Lbs.

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
Mr. Gross, as Senior Vice President, stated that he is authorized to accept service on behalf of the Subject.

Sworn to before me on 12/08/2022

LATCHME DEVI DREPAUL
Notary Public State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023

Baldeo C. Drepaul
DCA License# 2093579

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542*