# FEDERAL RESERVE BANK *of* NEW YORK

33 LIBERTY STREET, NEW YORK, NY 10045-0001

**JOHN OSTER**
COUNSEL

January 20, 2023

**BY ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *In re Adele Zarzur for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782*, **22-mc-00348 (AT)**

Dear Judge Torres:

    I represent the Federal Reserve Bank of New York ("New York Fed"), a non-party in this matter. On December 7, 2022, the New York Fed was served with Petitioner's motion for discovery (ECF. Nos. 1-5) and Your Honor's related Order (ECF No. 6) (the "Order").

    The Order directs the New York Fed to respond to Petitioner's motion and related subpoena, which seeks discovery from the New York Fed concerning Fedwire Funds Service records.

    The New York Fed takes no position on whether Petitioner is entitled to discovery under 28 U.S.C. 1782 and will respond to any Court-ordered discovery in this matter.

                Sincerely,

                John Oster
                Counsel

**T** 212.720.2679 | **F** 212.720.8709 | **E** john.oster@ny.frb.org | **W** www.newyorkfed.org