UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of
Adele Zarzur,

                Applicant,

Pursuant to 28 U.S.C. § 1782 for Judicial
Assistance in Obtaining Evidence for Use in
Foreign and International Proceedings Pending in
the Federative Republic of Brazil.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2024

22 Misc. 348 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Roberto Waldomiro Zarzur and Ricardo Waldomiro Zarzur's motions to intervene and vacate the Court's order at ECF No. 19, which granted Adele Zarzur's application pursuant to 28 U.S.C. § 1782 to obtain discovery for use in a foreign proceeding. *See* ECF No. 24–25.

1. The Court's order granting Adele Zarzur's application to obtain discovery, ECF No. 19, is STAYED until further order of the Court.

2. By **March 14, 2024**, Applicant, Adele Zarzur, shall respond to the motions to intervene and vacate the Court's order.

3. By **March 28, 2024**, Roberto Waldomiro Zarzur and Ricardo Waldomiro Zarzur shall file their reply, if any.

    SO ORDERED.

Dated: February 22, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge