```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of
Adele Zarzur,

                    Applicant,

Pursuant to 28 U.S.C. § 1782 for Judicial
Assistance in Obtaining Evidence for Use in
Foreign and International Proceedings Pending in
the Federative Republic of Brazil.

22 Misc. 348 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated January 8, 2024, the Court granted Adele Zarzur's application pursuant to 28 U.S.C. § 1782 to obtain discovery for use in a foreign proceeding. ECF No. 19. On February 21, 2024, Roberto Waldomiro Zarzur and Ricardo Waldomiro Zarzur (the "Zarzur Brothers") moved, *inter alia*, to intervene in the action and vacate the Court's order. *See* ECF Nos. 24–25. The Court stayed its order, ECF No. 26, and referred the motions to the Honorable Sarah Netburn for a report and recommendation, ECF No. 35. On August 22, 2024, Judge Netburn recommended that the Court deny the Zarzur Brothers' motions. ECF No. 49. The Zarzur Brothers' objections to Judge Netburn's report and recommendation are now pending before the Court. *See* ECF No. 51; *see also* ECF No. 53.

      On December 20, 2024, the Zarzur Brothers notified the Court that the Brazilian probate proceeding, in connection with which Adele Zarzur seeks discovery, has been dismissed. ECF No. 54. Accordingly, by **January 23, 2025**, Adele Zarzur shall file a supplemental letter brief setting forth her position as to whether any portion of her petition is now moot. By **February 6, 2025**, the Zarzur Brothers shall file a supplemental letter brief in response.

      SO ORDERED.

Dated: January 2, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge