UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of Adele Zarzur,

                Applicant,

Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence for Use in Foreign and International Proceedings Pending in the Federative Republic of Brazil.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2025
```

22 Misc. 348 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By **May 7, 2025**, Petitioner, Adele Zarzur, shall respond to the motion filed by interested parties Roberto Waldomiro Zarzur and Ricardo Waldomiro Zarzur.  ECF No. 67.

      SO ORDERED.

Dated: April 24, 2025
       New York, New York

ANALISA TORRES
United States District Judge